MINUTE ENTRY
KNOWLES, M.J.
JUNE 14, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAURICE CHIASSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2122** |
| **CEDYCO CORPORATION, et al** | **SECTION "A " (3)** |

    A Settlement Conference was conducted this date **only** as to the claims of Consolidated plaintiff, Leo Williams.

    Present:    Keelie Broom
                     Morgan Wells
                     Don Palmintier
                     Rufus Harris, IV
                     Amber Moreland
                     Robert Reich
                     Leo Williams
                     Brian Beckwith

    Following discussions among the parties, the claims of Consolidated plaintiff, Leo Williams have settled.  The Settlement was read into the record in open court on June 14, 2011.  The U.S. District Judge's chambers have been notified.  Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

                                                **DANIEL E. KNOWLES, III**
                                                **UNITED STATES MAGISTRATE JUDGE**

MJSTAR(2:00)