UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAURICE CHIASSON                                CIVIL ACTION
LEO WILLIAMS

VERSUS                                          NO: 10-2122 C/W
                                                10-2124

CEDYCO CORPORATION, ET AL.                      SECTION: "A"(3)

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to <u>Civil Action 10-2124, Leo Williams v. Cedyco Corp., et al.</u> have firmly agreed upon a compromise,

**IT IS ORDERED** that Civil Action 10-2124 is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty (60) days, to seek summary judgment enforcing the compromise if it is not consummated by that time. During this sixty day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

June 20, 2011

                                    _____
                                        Judge Jay C. Zainey
                                    United States District Court